# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ABREU,<br><br>    Petitioner,<br><br>    v.<br><br>R. BINKELE,<br><br>    Respondent. | Case No. 1:16-cv-01941-SAB-HC<br><br>ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |

On December 30, 2016, Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the conditions of confinement at Salinas Valley State Prison, where Petitioner is currently incarcerated. (ECF No. 1). The events giving rise to this action occurred at Salinas Valley State Prison, which is located in Monterey County and within the jurisdictional boundaries of the United States District Court for the Northern District of California. See 28 U.S.C. § 84(a). Therefore, venue is proper in the Northern District of California. See 28 U.S.C. § 1391(b). A civil action which has been filed in the wrong district may be transferred to the proper district. 28 U.S.C. § 1406(a).

///
///
///
///

1

1	Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Northern District of California. This Court has not ruled on the request to proceed *in forma pauperis* (ECF No. 2), and in light of the transfer, the Court will not determine whether to construe the instant petition as a civil rights complaint pursuant to 42 U.S.C. § 1983.

IT IS SO ORDERED.

Dated:	**January 4, 2017**

UNITED STATES MAGISTRATE JUDGE